UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT GREER, JR.,

    Petitioner,

v.                            Case No. 6:06-cv-1835-Orl-31JGG

JAMES MCDONOUGH, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254; however, Petitioner previously filed Case No. 6:99-cv-1534-Orl-19B, which was dismissed with prejudice on October 30, 2000. Thus, the present habeas petition is a second or successive application. Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition. Furthermore, 28 U.S.C. § 2244(d) imposes a time limitation on the filing of a habeas corpus petition. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1.     This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case and to send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

**DONE AND ORDERED** at Orlando, Florida, on January 3, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/3
Albert Greer, Jr.